HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Chief Assistant Federal Defender
TAMMY M. NGUYEN
Certified Law Clerk
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorneys for Defendant
DANIELLE L. RICHARDSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-00127-CKD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO VACATE JURY TRIAL AND SET FOR |
| v. | ) | CHANGE OF PLEA HEARING |
| | ) | |
| DANIELLE L. RICHARDSON, | ) | DATE:  August 18, 2016 |
| | ) | TIME:  9:30 a.m. |
| Defendant. | ) | JUDGE: Hon. Carolyn K. Delaney |
| | ) | |

It is hereby stipulated and agreed by defendant, Danielle L. Richardson, by and through her attorney, Chief Assistant Federal Defender Linda C. Allison, and the United States, by and through its attorney, Special Assistant United States Attorney Elliot C. Wong, that the jury trial currently set for August 29, 2016 at 9:30 a.m. be vacated and that the matter be set for a change of plea. As such, the

///

///

///

///

1

1  parties request that the trial confirmation hearing currently set for

2  August 18, 2016 at 9:30 a.m. be reset as a change of plea hearing

3  instead.

4

                                    Respectfully submitted,
5
   Dated:    August 15, 2016        HEATHER E. WILLIAMS
6                                   Federal Defender

7
                                    /s/ Linda C. Allison
8                                   LINDA C. ALLISON
                                    Chief Assistant Federal Defender
9                                   Attorney for Defendant
                                    DANIELLE L. RICHARDSON
10

11
   Dated:    August 15, 2016        PHILLIP A. TALBERT
12                                  Acting United States Attorney

13                                  /s/ Elliot C. Wong
                                    ELLIOT C. WONG
14                                  Special Assistant U.S. Attorney
                                    (Approved via Email on 08/15/16)
15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is hereby ordered that the trial presently set for August 29, 2016 at 9:30 a.m. be vacated, and that a change of plea be set for August 18, 2016 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  August 16, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3